1  MORAN LAW GROUP, INC.
   CATHLEEN COOPER MORAN, I.D. #83758
2  RENÉE C. MENDOZA, I.D. #139939
   1674 N. Shoreline Blvd., Suite 140
3  Mountain View, CA 94043-1375
   Tel.: (650) 694-4700
4  Fax: (650) 694-4818
   E-mail: Cathy@moranlaw.net

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA, DIVISION 4

In Re:                                )    Chapter 13
                                      )
CARA L. DONOVAN,                      )    Bankruptcy No. 11-42282
                                      )
                                      )
              Debtor.                 )
_____ )    HON. ROGER L. EFREMSKY

## SUBSTITUTION OF ATTORNEY

Cara Donovan hereby substitutes herself in in propria persona as attorney of record, in the place of the Moran Law Group.

The debtor's address is 10122 Tesla Road, Livermore, CA 94550, phone (415) 515 8434.


Dated: 04/23/2013        /s/ Cara Donovan_____
                         CARA DONOVAN


I consent to the foregoing substitution.

                         MORAN LAW GROUP, INC.


Dated: 04/23/2013        By: /s/ Cathleen Cooper Moran_____
                         CATHLEEN COOPER MORAN